# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:   LESTER G. VOYLES & SHARON B. VOYLES                                Case Number: -
         107 WINDOVER PARK DRIVE                SSN-xxx-xx-2159 & xxx-xx-4377
         ROCHELLE, IL  61068

                                                                Case filed on:          1/7/2008
                                                                Plan Confirmed on:
                                    U Dismissed  Unconfirmed

   Total funds received and disbursed pursuant to the plan:   $0.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| | Total Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| | Grand Total: | 0.00 | 0.00 | 0.00 | 0.00 |

Total Paid Claimant:          $0.00
Trustee Allowance:            $0.00         Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:        0.00         discharging the trustee and the trustee's surety from any and all
                                            liablility on account of the within proceedings, and closing the estate,
                                            and for such other relief as is just.  Pursuant to FRBP, I hereby
                                            certify that the subject case has been fully administered.

   Report Dated:

                                                  /s/ Lydia S. Meyer
                                                 Lydia S. Meyer, Trustee


   This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


   Dated at Rockford, IL  on 06/25/2008           By  /s/Heather M. Fagan