# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: LESTER G. VOYLES & SHARON B. VOYLES  
107 WINDOVER PARK DRIVE  
ROCHELLE, IL 61068  

SSN-xxx-xx-2159 & xxx-xx-4377

Case Number: 08-70027

Case filed on: 1/7/2008  
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:   $0.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BRIAN A. HART | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ASSOCIATES FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | MUTUAL MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | PALISADES | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | WACHOVIA MORTGAGE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | LESTER G. VOYLES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | HOMEQ SERVICING CORPORATION | 20,000.00 | 20,000.00 | 0.00 | 0.00 |
|  | Total Secured | 20,000.00 | 20,000.00 | 0.00 | 0.00 |
| 002 | ALLIED BUSINESS ACCOUNTS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | ROUNDUP FUNDING LLC | 1,903.83 | 1,903.83 | 0.00 | 0.00 |
| 005 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CITIFINANCIAL | 2,832.08 | 2,832.08 | 0.00 | 0.00 |
| 007 | GEMB / JC PENNEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | MUTUAL MANAGEMENT SERVICES | 310.65 | 310.65 | 0.00 | 0.00 |
| 009 | HOUSEHOLD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | LVNV FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | PALISADES COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | VATIV RECOVERY SOLUTIONS LLC | 520.22 | 520.22 | 0.00 | 0.00 |
| 015 | ALLIED BUSINESS ACCOUNTS INC | 625.78 | 625.78 | 0.00 | 0.00 |
| 016 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | VATIV RECOVERY SOLUTIONS LLC | 142.19 | 142.19 | 0.00 | 0.00 |
| 019 | ASSET ACCEPTANCE CORP | 1,208.22 | 1,208.22 | 0.00 | 0.00 |
|  | Total Unsecured | 7,542.97 | 7,542.97 | 0.00 | 0.00 |
|  | Grand Total: | 27,542.97 | 27,542.97 | 0.00 | 0.00 |

Total Paid Claimant:   $0.00  
Trustee Allowance:   $0.00  
Percent Paid Unsecured:   0.00  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 06/25/2008       By  /s/Heather M. Fagan